# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 20-20342 |
| Brittany L. Brooks | } | |
| | } | Chapter 13 |
| | } | |
| | } | Judge Donald R. Cassling |
| | } | |
| **Debtor(s)** | } | Cook County |

## NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603, via electronic court notification;

Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034, via U.S. Mail;

Christopher H. Purcell, Attorney for Credit Acceptance, Sherman & Purcell LLP, 112 Cary Street, Cary, IL 60013, via U.S. Mail;

Jaime Dowell, Attorney for City of Chicago, 121 N. LaSalle St., Ste 400, Chicago, IL 60602, via U.S. Mail;

Brittany L. Brooks, 2017 W. 62nd St., 2nd Floor, Chicago, IL 60636; via U.S. mail;

SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE that on June 16, 2022, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on May 25, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Capital One
0752-1                                   Eastern Division                         Attn: Bankruptcy
Case 20-20342                            219 S Dearborn                           Po Box 30285
Northern District of Illinois            7th Floor                                Salt Lake City, UT 84130-0285
Eastern Division                         Chicago, IL 60604-1702
Tue Nov 17 15:25:17 CST 2020

City of Chicago Dept of Finance          Credit Acceptance                        (p)CREDITORS' DISCOUNT & AUDIT CO    CDA
121 N. LaSalle Street, 7th Floor         25505 West 12 Mile Road                  ATTN KEN ARMSTRONG
Chicago, IL 60602-1202                   Suite 3000                               415 E MAIN ST
                                         Southfield, MI 48034-8331                PO BOX 213
                                                                                  STREATOR IL 61364-0213

(p)DEVON FINANCIAL SERVICES INC          Jackie Brown                             Navient
6414 N WESTERN AVE                       Chicago, IL 60613                        Attn: Claims Dept
CHICAGO IL 60645-5422                                                             Po Box 9500
                                                                                  Wilkes-Barr, PA 18773-9500

Regional Recovery Serv                   SpeedyRapid Cash                         T-Mobile c/o American InfoSource
P.O. Box 3333                            P.O. Box 780408                          4515 N Santa Fe Ave
Munster, IN 46321-0333                   Wichita, KS 67278-0408                   Oklahoma City, OK 73118-7901

Brittany L Brooks                        David Freydin                            Patrick S Layng
2017 W. 62nd St., 2nd Floor              Law Offices of David Freydin Ltd         Office of the U.S. Trustee, Region 11
Chicago, IL 60636-2178                   8707 Skokie Blvd                         219 S Dearborn St
                                         Suite 312                                Room 873
                                         Skokie, IL 60077-2269                    Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Creditors Discount & Audit Co            Devon Financial Services                 End of Label Matrix
Attn: Bankruptcy                         2754 W 63rd St                           Mailable recipients    15
Po Box 213                               Chicago, IL 60629                        Bypassed recipients     0
Streator, IL 61364                                                                Total                  15
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: | Case No. 20-20342 |
| Brittany L. Brooks | Chapter 13 |
| | Judge Donald R. Cassling |
| **Debtor(s)** | Cook County |

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through her attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-20342 on December 17, 2020.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on January 6, 2021, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 10.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case. That the Debtor's confirmed plan requires her to pay $466.00 per month for 60 months.

4. That the Debtor lost her job and was unemployed for a short period of time at the beginning of 2022.

5. That as a result of the loss of income, Debtor fell behind on her Chapter 13 Plan payments and has been unable to cure the default.

6. That the Debtor has recently started working again and has been receiving a steady income and will resume making her Chapter 13 plan payments.

7. That the Debtor asks this Honorable Court to defer the plan default through May 2022 so that she may successfully complete her Chapter 13 case continuing to pay the secured creditors 100% general unsecured creditors 10%.

8. That by deferring the current default, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert case to one arising under Chapter 7 of the Bankruptcy Code.

9. That the Debtor filed the instant case in good faith and intends to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. That this Honorable Court enter an order modifying the Debtor's Chapter 13 Plan in order to defer the current default; and

B. For such other and further relief this Court deems just and proper.

/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157